FILED
08 MAR 12 PM 3: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY RANGEL      Plaintiff,

vs.

L.E. SCRIBNER
(WARDEN)              Defendant.

CASE NO. 08 1415 CW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, ANTHONY RANGEL, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__  Net: __N/A__

Employer: __N/A__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ALONGI BROS TOWING    6/24/04
5  $2400.00    GROSS
6  $1800.00    NET

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9  a. Business, Profession or          Yes ___ No ✓
10    self employment

11  b. Income from stocks, bonds,      Yes ___ No ✓
12    or royalties?

13  c. Rent payments?                  Yes ___ No ✓

14  d. Pensions, annuities, or         Yes ___ No ✓
15    life insurance payments?

16  e. Federal or State welfare payments,  Yes ___ No ✓
17    Social Security or other govern-
18    ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____

23  3. Are you married?                Yes ✓ No ___
24  Spouse's Full Name: CINDY RANGEL (SEPERATED)
25  Spouse's Place of Employment: UNKNOWN
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ UNKNOWN       Net $ UNKNOWN
28  4. a. List amount you contribute to your spouse's support: $ NONE

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _____NONE_____
6  _____

7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make __N/A__ Year __N/A__ Model __N/A__
11 Is it financed? Yes ___ No ✓ If so, Total due: $ __N/A__
12 Monthly Payment: $ __N/A__
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __N/A__
15 _____
16 Present balance(s): $ __N/A__
17 Do you own any cash? Yes ___ No ✓ Amount: $ __N/A__
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____

21 8.    What are your monthly expenses?
22 Rent: $ __N/A__ Utilities: __N/A__
23 Food: $ __N/A__ Clothing: __N/A__
24 Charge Accounts:
25 Name of Account      Monthly Payment      Total Owed on This Acct.
26 __N/A__      $ __N/A__      $ __N/A__
27 __N/A__      $ __N/A__      $ __N/A__
28 __N/A__      $ __N/A__      $ __N/A__

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____N/A_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____SEE ATTACHMENT (F)_____
_____(PP. i-ii)_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/15/07                             Anthony Rangel
DATE                                 SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 4 -

1
2                                             Case Number: _____
3
4
5
6
7
8
9                           **CERTIFICATE OF FUNDS**
10                                    **IN**
11                          **PRISONER'S ACCOUNT**
12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14  statement showing transactions of __ANTHONY RANGEL__ for the last six months a
                                         [prisoner name]
15  at __CALIPATRIA State PRISON__ where (s)he is confined.
        [name of institution]

16      I further certify that the average deposits each month to this prisoner's account for the

17  most recent 6-month period were $ __0__ and the average balance in the prisoner's

18  account each month for the most recent 6-month period was $__0__.

19
20  Dated: 12/19/07                       __K Pudoma__, Account Clerk II
                                          [Authorized officer of the institution]
21
22
23
24
25
26
27
28

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 19, 2007

ACCOUNT NUMBER : V76618                BED/CELL NUMBER: FD0300000000237L
ACCOUNT NAME   : RANGEL, ANTHONY            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
-------------
0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE